UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                          Chapter 13
                                                    Case No. 15-35595 CGM

**PETER S. SOLICITO,**

                            Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISQUALIFYING DEBTOR(S) FROM RECEIVING A DISCHARGE UNDER CHAPTER 13

It appearing that the above named debtor filed an original petition under Chapter 13 of the Bankruptcy Code and relief was ordered on April 3, 2015; and it further appearing that the debtor filed a prior chapter 7 case on June 25, 2014 bearing case number 14-36392 CGM) and received a discharge on December 9, 2014; and upon the motion of the Chapter 13 Trustee dated May 12, 2015 to deny the debtor's discharge of debts as provided for in the plan or disallowed under §502 within a four-year period pursuant to 11 U.S.C. §1328 (f)(1), and as the debtor fails to qualify for a chapter 13 discharge, and ***after a hearing held on June 30, 2015*** it having been determined that it is in the best interests of creditors to deny the debtor a chapter 13 discharge,

        **NOW IT IS**

        **ORDERED**, that the case of the above named debtor be, and pursuant to 11 U.S.C. §1328 (f)(1), the debtor's chapter 13 discharge is denied.



**Dated: July 7, 2015**
        **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**