**Case No.: 15-35595 (CGM)**  **Chapter 13 Fee Application**  **Schedule C**

**Case Name:** Solicito, Peter  **April 3, 2015 Through December 30, 2015**

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Genova & Malin | $3,000.00 | $3,000.00 | $ 0.00 | $310.00 (filing fee) | $6,540.00 | $68.62 | $6,540.00 | $68.62 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |